*Kenneth Paul Fox*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided November 16, 2010

STATE OF CONNECTICUT *v.* NORMAN J. HAUGHEY

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 58 (AC 30862), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided November 16, 2010

JOSE I. POLANCO *v.* COMMISSIONER OF CORRECTION

The petitioner Jose I. Polanco's petition for certification for appeal from the Appellate Court, 124 Conn. App. 903 (AC 30885), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided November 16, 2010